UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  CV 20-10341 JVS (JPRx)          Date  March 17, 2021

Title  Destini Kanan v. Thinx, Inc.

Present: The Honorable  **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | None |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**  **[IN CHAMBERS] ORDER VACATING MOTION TO DISMISS**

      On March 16, 2021, Plaintiff Destini Kanan ("Kanan") filed a First Amended Complaint. See FAC, Dkt. No. 29. The Court therefore **VACATES** the hearing on Defendant Thinx, Inc.'s ("Thinx") Motion to Dismiss (Mot, Dkt. No. 26) set for April 19, 2021 as **MOOT**.

**IT IS SO ORDERED.**