1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DESTINI KANAN and HALEY BURGESS, individually and on behalf of all others similarly situated,<br><br>               Plaintiffs,<br><br>   v.<br><br>THINX INC.,<br><br>               Defendant. | Case No. 2:20-cv-10341-JVS (JPRx)<br><br>**ORDER GRANTING STIPULATION REGARDING CASE MANAGEMENT DATES PURSUANT TO COURT ORDER**<br><br>Judge: Hon. James V. Selna<br>Courtroom: 10C<br><br>Complaint filed: November 12, 2020<br>FAC filed: March 16, 2021<br>Trial Date: February 7, 2023 |
|---|---|

The Court, having considered the parties' Stipulation Regarding Case Management Dates Pursuant to Court Order, and good cause appearing, hereby **GRANTS** the Stipulation and **ORDERS** that the following case management schedule applies:

| Event | Court Ordered Dates |
|---|---|
| Fact discovery completion | August 12, 2022 |
| Opening expert witness disclosure (merits) | August 22, 2022 |
| Rebuttal expert witness disclosures (merits) | September 19, 2022 |
| Expert discovery completion | October 3, 2022 |
| Last day to conduct Settlement Conference | October 3, 2022 |
| Last day to hand-serve motions (summary judgment) | Opening brief: October 14, 2022<br><br>Opposition: November 10, 2022<br><br>Reply: December 8, 2022 |
| Last day for hearing motions | December 19, 2022 **[note date change]** |
| Lodge pretrial conference order; File Memo of Contentions of Fact and Law; Exhibit List; Witness List; Status Report re Settlement | January 17, 2023 |
| File findings of fact | January 31, 2023 |

**IT IS SO ORDERED.**

Dated: August 02, 2021

*/s/ James V. Selna*
The Honorable James V. Selna
United States District Judge