UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESTINI KANAN and HALEY BURGESS, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>THINX INC.,<br><br>        Defendant. | Case No. 2:20-cv-10341-JVS-JPR<br><br>**ORDER GRANTING STIPULATION ALLOWING PLAINTIFFS LEAVE TO FILE SECOND AMENDED COMPLAINT AND SETTING DEFENDANT'S DEADLINE TO RESPOND**<br><br>Judge: Hon. James V. Selna<br>Courtroom: 10C<br><br>Complaint filed: November 12, 2020<br>FAC filed: March 16, 2021<br>Trial date: February 7, 2023 |

The Court, having considered the parties' Stipulation Allowing Plaintiffs Leave to File Second Amended Complaint and Setting Defendant's Deadline to Respond, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that

1. Plaintiffs are granted to leave to file the Second Amended Complaint attached as Exhibit A to the parties' stipulation within three (3) court days of this Order; and

2. Defendant shall respond to the Second Amended Complaint thirty (30) days after Plaintiffs file the Second Amended Complaint.

**IT IS SO ORDERED.**

Dated: September 21, 2021

_____
Hon. James V. Selna
United States District Court Judge