| | |
|---|---|
| 1 | ALEX R. STRAUS (CA SBN 321366) |
|   | Alex@whitfieldbryson.com |
| 2 | MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC |
|   | 280 South Beverly Drive, Penthouse |
| 3 | Los Angeles, California 90212 |
|   | Telephone: 914.471.1894 |
| 4 | Facsimile: 919.600.5035 |
| 5 | Attorneys for Plaintiffs |
|   | HALEH ALLAHVERDI and HALEY BURGESS |
| 6 | |
| 7 | PURVI G. PATEL (CA SBN 270702) |
|   | PPatel@mofo.com |
| 8 | PRABHJYOT K. SINGH (CA SBN 330066) |
|   | PSingh@mofo.com |
| 9 | MORRISON & FOERSTER LLP |
|   | 707 Wilshire Boulevard |
| 10 | Los Angeles, California  90017-3543 |
|    | Telephone: 213.892.5200 |
| 11 | Facsimile: 213.892.5454 |
| 12 | Attorneys for Defendant |
|    | THINX INC. |
| 13 | |
|    | (*Additional counsel on next page*) |
| 14 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALEH ALLAHVERDI and HALEY BURGESS, individually and on behalf of all others similarly situated, | Case No. 2:20-cv-10341-SSS-JPR |
| | **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| Plaintiff, | |
| v. | |
| THINX INC., | Judge: Hon. Sunshine S. Sykes |
| | Courtroom: 2 |
| Defendant. | SAC Filed: September 23, 2021 |
| | Trial Date:   February 7, 2023 |

1  ERIN J. RUBEN (*pro hac vice*)
   ERuben@milberg.com
2  MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC
   900 W. Morgan Street
3  Raleigh, North Carolina 27603
   Telephone: 919.600.5000
4  Facsimile: 919.600.5035

5  RACHEL L. SOFFIN (*pro hac vice*)
   RSoffin@milberg.com
6  MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC
   800 South Gay Street Suite 1100
7  Knoxville, Tennessee 37929
   Telephone: 865.247.0080
8  Facsimile: 865.522.0049

9  HARPER T. SEGUI (*pro hac vice*)
   HSegui@milberg.com
10 MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC
   825 Lowcountry Blvd Suite 101
11 Mount Pleasant, SC 29464
   Telephone: 843.513.6452
12 Facsimile: 919.600.5035

13 Attorneys for Plaintiffs
   HALEH ALLAHVERDI and HALEY BURGESS
14

15 PENELOPE A. PREOVOLOS (CA SBN 87607)
   PPreovolos@mofo.com
16 WILLIAM F. TARANTINO (CA SBN 215343)
   WTarantino@mofo.com
17 MORRISON & FOERSTER LLP
   425 Market Street
18 San Francisco, California 94105-2482
   Telephone: 415.268.7000
19 Facsimile: 415.268.7522

20 Attorneys for Defendant
   THINX INC.
21

Plaintiffs Haleh Allahverdi and Haley Burgess and Defendant Thinx Inc., by and through their respective counsel, stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to dismiss the above-captioned action without prejudice, with each party to bear its own costs and expenses, including attorneys' fees.

Dated: June 27, 2022

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC

By: */s/ Erin J. Ruben*
    Erin J. Ruben

*Attorneys for Plaintiffs*
*Haleh Allahverdi and Haley Burgess*

Dated: June 27, 2022

MORRISON & FOERSTER LLP

By: */s/ Purvi G. Patel*
    Purvi G. Patel

*Attorneys for Defendant*
*Thinx Inc.*

## ECF ATTESTATION

I, Erin J. Ruben, am the ECF User whose ID and password are being used to file this STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii).  In accordance with Local Rule 5-4.3.4, concurrence in and authorization of the filing of this document has been obtained from Purvi G. Patel, counsel for Defendant Thinx Inc., and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated: June 27, 2022

MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC

By: */s/ Erin J. Ruben*
          Erin J. Ruben

*Attorneys for Plaintiffs
Haleh Allahverdi and Haley Burgess*