1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALEH ALLAHVERDI and HALEY BURGESS, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>  v.<br><br>THINX INC.,<br><br>            Defendant. | Case No. 2:20-cv-10341-SSS-JPR<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Sunshine S. Sykes<br>Courtroom: 2<br><br>SAC Filed: September 23, 2021<br>Trial Date: February 7, 2023 |

The Court, having considered the parties' Stipulation of Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and good cause appearing, hereby **APPROVES** the Stipulation and **ORDERS** this action be dismissed without prejudice, with each party to bear its own costs and expenses, including attorneys' fees.

Dated:

_____
Hon. Sunshine S. Sykes
United States District Court Judge